# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED CANNABIS CORPORATION, ) | Case No. |
| ) | Chapter 11 |
| Debtor. ) | |

## CORPORATE OWNERSHIP STATEMENT

In a case in which the debtor is a corporation (other than a governmental unit), or where any corporation is a party to an adversary proceeding (other than the debtor or a governmental unit), the following information is required pursuant to FED. R. BANKR. P. 1007(a)(1) and 7007.1:

Check applicable box:

[X]   To the best of debtor's knowledge there are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ ]   The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

Dated:  April 20, 2020        UNITED CANNABIS CORPORATION

By: */s/ Chadwick Ruby*
         Chadwick Ruby, Chief Operations Officer

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Phone: (303) 296-1999/Fax: (303) 296-7600
aconrardy@wgwc-law.com