# CORPORATE RESOLUTION

I, Earnest Blackmon, declare under penalty of perjury, that I am the Director and Chief Executive Officer of United Cannabis Corporation (the "Company"), and that on April 18, 2020, the following resolutions were duly adopted:

"Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Earnest Blackmon, Chief Executive Officer, Chadwick Ruby, Chief Operations Officer, and John Walsh, Chief Financial Officer of the Company are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Earnest Blackmon, Chief Executive Officer, Chadwick Ruby, Chief Operations Officer, and John Walsh, Chief Financial Officer of the Company, are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be it Further Resolved, that the Company is authorized and directed to employ the law firm of Wadsworth Garber Warner Conrardy, P.C. to represent the Company in such bankruptcy case."

This Corporate Resolution may be executed in counterparts with the same force and effect as though all signatures appeared on one original document. Facsimile, scanned and electronic signatures are binding and enforceable as if they were originals.

Executed on April 18, 2020

By: _____
Name: Earnest Blackmon
Its: Director and Chief Executive Officer

APPROVED:

By: _____
Name: Earnest Blackmon
Its: Director and Chief Executive Officer

By: _____
Name: David Scott
Its: Director

By: _____
Name: Chadwick Ruby
Its: President and Chief Operations Officer