# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED CANNABIS CORPORATION, ) | Case No. 20-12692 JGR |
| ) | Chapter 11 |
| Debtor. ) | |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE

United Cannabis Corporation, debtor-in-possession, by and through its counsel Wadsworth Garber Warner Conrardy, P.C., submits the following Unopposed Motion to Extend Time to Respond to Order to Show Cause. In support of its motion, UC Colorado Corporation states as follows:

1. United Cannabis Corporation ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on April 20, 2020 (the "Petition Date") and is operating its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. A related case, UC Colorado Corporation, was also filed on the Petition Date and assigned case number 20-12689 JGR. Debtor is the sole owner of UC Colorado Corporation.

3. Both cases were filed on an emergent basis to prevent a creditor from executing an *ex parte* prejudgment writ of attachment. The execution of which may have resulted in the cessation of operations to the detriment of the creditor body. Consequently, the Debtor's filing was deficient, and the following documents must be filed by the Debtor on or before May 4, 2020 pursuant to the Court's April 21, 2020 Deficiency Notice: Statement of Financial Affairs; Summary of Assets and Liabilities; All Schedules: A/B, D, E/F, G, H; and List of Equity Security Holders. Docket No. 11. The Debtor is diligently working on curing the deficiencies.

4. On April 22, 2020, the Court entered an order requiring the Debtor and the United States Trustee (the "UST") to show cause, in writing, why this case should not be dismissed on or before May 4, 2020 because the Court believes the Debtor is engaged in the marijuana industry. Docket No. 14. Debtor is confident it will demonstrate to the court that it is involved in the legal hemp industry, not Schedule I marijuana.

5. It is an extraordinary burden on Debtor's officers and undersigned counsel to require Debtor to cure the filing deficiencies and respond to the Order to Show Cause on the same day. It also impairs the UST's ability to respond to the Order to Show Cause. The UST prefers that its response to the Order to Show Cause be informed by the Debtor's Statement of Financial Affairs, Summary of Assets and Liabilities, Schedules, and List of Equity Security Holders.

6. For the above reasons, the Debtor asserts that cause exists to extent the time to respond to the Court's Order to Show Cause from May 4, 2020 to May 11, 2020. This short extension will not prejudice the parties, to the contrary it benefits the parties and the Court, nor will it unduly delay these proceedings.

7. Undersigned counsel has conferred with counsel for the UST and is authorized to represent to the Court that the UST supports the relief requested herein.

8. The Debtor has also conferred with Ambria Investors LP, which the Debtor disclosed in its List of Creditors Who Have the 20 Largest Unsecured Claims and are Not Insiders. Ambria Investors LP has indicated that it intends to weigh in on the issues identified in the Order to Show Cause and is not opposed to the relief requested herein.

WHEREFORE, the Debtor requests that this Court enter an order extending the time to file the response to the Court's Order to Show Cause from May 4, 2020 to May 11, 2020, and for such other relief the Court deems just and appropriate.

DATED this 29th day of April, 2020.

        Respectfully submitted,

        WADSWORTH GARBER WARNER CONRARDY, P.C.

        */s/ Aaron J. Conrardy*
        Aaron J. Conrardy, #40030
        Lindsay S. Riley, Texas Bar #24083799
        2580 W. Main St., Ste. 200
        Littleton, Colorado 80120
        (303) 296-1999; (303) 296-7600 (fax)
        aconrardy@wgwc-law.com
        lriley@wgwc-law.com
        Attorneys for the Debtor-in-Possession

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2020 I caused the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE**, to be served via United States first-class mail, postage prepaid, or electronically through CM/ECF where indicated, to the following:

United Cannabis Corporation
301 Commercial Road, Unit D
Golden, CO 80401

Alan K. Motes
Alan.Motes@usdoj.gov

Trevor J. Young
young@mullikenlaw.com

Adam L. Hirsch
Adam.hirsch@kutakrock.com

Thomas W. Snyder
Thomas.snyder@kutakrock.com

Mark C. Willis
mark.willis@kutakrock.com

Alan D. Sweetbaum
asweetbaum@sweetbaumsands.com

*/s/ Angela Garcia*
For Wadsworth Garber Warner Conrardy, P.C.