## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED CANNABIS CORPORATION, ) | Case No. 20-12692 JGR |
| ) | Chapter 11 |
| Debtor. ) | |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Unopposed Motion to Extend Time to Respond to Order to Show Cause (the "Motion") filed by United Cannabis Corporation, debtor-in-possession (the "Debtor"), and the Court having reviewed the Motion and being otherwise fully advised in the premises, does hereby

ORDER that the Motion is GRANTED and the deadline for the Debtor, the United States Trustee and Ambria Investors LP to file responses to the Order to Show Cause [Docket No. 14] is extended from May 4, 2020 to May 11, 2020.

DATED this  30th  day of   April  , 2020.

BY THE COURT:

_____
Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Judge