| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: UNITED CANNABIS CORPORATION<br>First Name    Middle Name    Last Name | Case #: | 20-12692-JGR |
| Debtor 2: _____<br>First Name    Middle Name    Last Name | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.1
**Amended Notice of Motion/Application**

*Complete applicable sections.*

### Part 1  Objection Deadline

Objection Deadline: **June 4, 2020**.

### Part 2  Notice

NOTICE IS HEREBY GIVEN that Miner's Deight, LLC (the "Movant"), has filed a motion/application, Motion to Dismiss Chapter 11 Cases Under 11 U.S.C. § 1112(b) and Fed. R. Bankr. P. 1017 and Response to Orders to Show Cause (the "Motion"), with the Court and requests the following relief:

    Dismissal of Chapter 11 Case Nos. 20-12689 and 20-12692 pursuant to 11 U.S.C. § 1112(b) and Fed. R. Bankr. P. 1017

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: May 14, 2020

By: /s/ Adam L. Hirsch
Adam L. Hirsch (CO Bar #44306)
1801 California Street, Suite 3000
Denver, Colorado  80202
Telephone:  (303) 297-2400
Facsimile:  (303) 292-7799
adam.hirsch@kutakrock.com