# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12692-JGR |
| UNITED CANNABIS CORPORATION ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

The undersigned counsel, Kutner Brinen, P.C., hereby enters its appearance as counsel for Blake Street Partners, LLC pursuant to Section 342 of the Bankruptcy Code, and Rules 2002 and 9010 of the Bankruptcy Rules, we request that all notice given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, be given to and served upon the undersigned at the offices, addresses, e-mails, and telephone and fax numbers set forth below.

In addition, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtors or property of the Debtors or the estate.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims actions, defenses, setoffs, and recoupments this creditor expressly reserves.

DATED: May 22, 2020    Respectfully submitted,

By: _s/ Jeffrey S. Brinen_
Jeffrey S. Brinen #20565
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
Email: jsb@kutnerlaw.com

CERTIFICATE OF SERVICE

I certify that on May 22, 2020, I served a complete copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan K. Motes, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Alan Sweetbaum, Esq.
1125 17th Street
Suite 2100
Denver, CO 80202

Aaron J. Conrardy, Esq.
Lindsay Riley, Esq.
2580 West Main Street
Suite 200
Littleton, CO 80120

Donald T. Emmi, Esq.
Hoban Law Group
730 17th Street
Suite 420
Denver, CO 80202

Adam L. Hirsch, Esq.
Thomas Snyder, Esq.
Mark C. Willis, Esq.
1801 California Street
Suite 3100
Denver, CO 80202-2626

Trevor Young, Esq.
102 South Tejon Street
Suite 900
Colorado Springs, CO 80903

Office of the Colorado Attorney General
1300 Broadway
8th Floor
Denver, CO 80026

Kevin S. Neiman, Esq.
999 18th Street
Suite 1230 South
Denver, CO 80202

John Jeffrey Wiest, Esq.
Greenberg Traurig, LLP
222 South Main Street
Fifth Floor
Salt Lake City, UT 84101

Case Collard, Esq.
Dorsey & Whitney LLP
1400 Wewatta Street
Suite 400
Denver, CO 80202

John M. Bowlin, Esq.
Bowlin & Schall, LLC
7350 East Progress Place
Suite 100
Greenwood Village, CO 80111


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**


Deanna L. Westfall, Esq.