## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| United Cannabis Corporation ) | Case No. 20-12692-JGR |
| Tax ID / EIN: 46-5221947, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' AMENDED APPLICATION TO EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTORS-IN-POSSESSION

Patrick S. Layng, the United States Trustee for Region 19 (the "UST"), by and through counsel, objects to the Debtors' Amended Application to Employ Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtors-in-Possession (the "Application to Employ"), and in support of the objection, states as follows:

1. UC Colorado Corporation ("UC Colorado") and United Cannabis Corporation ("UCANN" and together with UC Colorado, the "Debtors") filed their respective voluntary petitions for relief under chapter 11 of title 11, United States Code, on April 20, 2020 (the "Petition Date"), thereby commencing Case No. 20-12689-JGR and Case No. 20-12692 JGR, respectively.

2. Pursuant to Sections 1107 and 1108, Debtors continue to manage their affairs as debtors-in-possession.

3. Official committees of unsecured creditors have not yet been appointed in these cases.

4. On May 13, 2020, the Debtors filed their Application to Employ, by which the Debtors request authority to employ Wadsworth Garber Warner Conrardy, P.C. "(WGWC"). The Debtors also state that WGWC received a prepetition retainer "from the Debtors" and request approval of the balance of the retainer in the amount of $63,281.00.

### Objection

5. Because both of the Debtors seek to employ WGWC, the Application to Employ should be supplemented to specify which Debtor paid the prepetition retainer and to explain to which estate the proposed retainer, if approved, would be applicable.

1

WHEREFORE, the UST objects to the Application to Employ for the reasons set forth above.

Dated: May 27, 2020          Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

By: /s/ Alan K. Motes
Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 27, 2020, a copy of the UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' AMENDED APPLICATION TO EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTORS-IN-POSSESSION was served on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney Aaron J. Conrardy, via CM/ECF
- Attorney Lindsay Riley, via CM/ECF

/s/ Alan K. Motes