# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| United Cannabis Corporation ) | Case No. 20-12692-JGR |
| Tax ID / EIN: 46-5221947, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY HART & HART, LLC AS SPECIAL COUNSEL

Patrick S. Layng, the United States Trustee for Region 19 (the "UST"), by and through counsel, objects to the Debtor's Application to Employ Hart & Hart, LLC as Special Counsel Effective the Date of this Application (Docket No. 19, the "Application"), and in support of the objection, states as follows:

1. United Cannabis Corporation (the "Debtor") filed its voluntary petitions for relief under chapter 11 of title 11, United States Code, on April 20, 2020 (the "Petition Date").

2. Pursuant to Sections 1107 and 1108, the Debtor continues to manage its affairs as a debtor-in-possession.

3. An official committee of unsecured creditors has not yet been appointed in this case.

4. On April 23, 3030, the Debtor filed its Application, by which it seeks to employ Hart & Hart, LLC ("H&H) as special counsel. With the Application, the Debtor submitted a Verified Statement of William T. Hart, which states in paragraph 2 thereof that to the best of Mr. Hart's knowledge, neither he nor H&H "have any connection with the Debtor . . . ."

5. On May 4, 2020, the Debtor submitted its List of Equity Security Holders at Docket No. 38, which shows that H&H has been issued 400,000 shares of stock in the Debtor and that Mr. Hart has separately been issued 210,000 shares of stock in the Debtor.

### Objection

6. The UST objects that the Application should be corrected and supplemented to disclose the equity interests in the Debtor held by H&H and by Mr. Hart and to disclose any other connections that H&H or its representatives may have with the Debtor.

WHEREFORE, the UST objects to the Application to Employ for the reasons set forth above.

Dated: May 27, 2020

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

By: /s/ Alan K. Motes
Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 27, 2020, a copy of the UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY HART & HART, LLC AS SPECIAL COUNSEL was served on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney Aaron J. Conrardy, via CM/ECF
- Attorney Lindsay Riley, via CM/ECF

/s/ Alan K. Motes